

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

In response to our January 7, 2022 order, Appellant Channel Beverly has provided written proof that she has paid the required fee to court reporter Mary Wilson for preparation of the reporter's record. We ORDER Mary Wilson to file the reporter's record on or before **February 17, 2022.**

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court